IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| CONNIE G. MCNEELY,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br>  Defendant. | Civil No. 3:07-cv-1617-MO<br><br>FILED'08 AUG 05 15:22 USDC-ORP<br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded under sentence four of 42 U.S.C. § 405(g), to the Commissioner for further proceedings according the Court's ORDER entered on _____, 2008.

DATED this  5th  day of  Aug  2008.

_____
UNITED STATES DISTRICT JUDGE