Sharon Maynard, OSB# 92584
BENNETT, HARTMAN, MORRIS & KAPLAN
111 SW Fifth Ave., Suite 1650
Portland, Oregon 97204
(503) 227-4600
FAX # 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff

FILED '08 SEP 04 13:05 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONNIE MCNEELY,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Civil No. 07-1617-MO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,038.88, pursuant to 28 U.S.C §2412, and expenses in the amount of $43.99, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $4,082.87, should be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, Sharon Maynard.

DATED: _____ 4th day of Sep., 2008

_____
UNITED STATES DISTRICT JUDGE

Page 1 - ORDER - CONNIE MCNEELY